CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08−cv−02329−SJ−MDG

LaTarte et al v. Davol Inc.
Assigned to: Senior Judge Sterling Johnson, Jr
Referred to: Magistrate Judge Marilyn D. Go
Cause: 28:1332 Diversity−Product Liability

Date Filed: 06/10/2008
Date Terminated: 08/14/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Dolly LaTarte** represented by **Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119
212−946−9386
Fax: 212−273−4314
Email: shatzakos@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Latarte** represented by **Stephanie Hatzakos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

**Defendant**

**C.R. Bard Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2008 | 1 | COMPLAINT against Davol Inc., C.R. Bard Inc. $ 350, filed by Dolly LaTarte, Thomas Latarte. (Attachments: # 1 Civil Cover Sheet) (Davis, Kimberly) (Entered: 06/12/2008) |
| 06/10/2008 | | Summons Issued as to Davol Inc., C.R. Bard Inc.. (Davis, Kimberly) (Entered: 06/12/2008) |
| 06/12/2008 | 2 | WAIVER OF SERVICE Returned Executed by Davol Inc., C.R. Bard Inc.. Dolly LaTarte waiver sent on 6/11/2008, answer due 8/11/2008; Thomas Latarte waiver sent on 6/11/2008, answer due 8/11/2008. (Hatzakos, Stephanie) (Entered: 06/12/2008) |
| 08/12/2008 | 3 | Copy of Letter 8/8/2008 from Dense Morgan−Stone of the U.S. Judicial Panel on Multidistrict Litigation to David A. DiMarzio, Clerk of the District of Rhode Island enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above−captioned |

| | | |
|---|---|---|
| | | matter on July 23, 2008. The Panels governing statute, 28 U.S.C. § 1407, requires that the transferee clerk transmit a certified copy of the Panels order to transfer to the clerk of the district court from which the action is being transferred. (Marziliano, August) (Entered: 08/12/2008) |
| 08/14/2008 | Ï 4 | Email from David A. DiMarzio, Clerk of District of Rhode Island requesting the Eastern District of New York to transfer cases to Rhode Island in accordance with CTO−25. (Marziliano, August) (Entered: 08/14/2008) |
| 08/14/2008 | Ï | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (Marziliano, August) (Entered: 08/14/2008) |